**DONALD MARKS**
**MARKS & BROOKLIER**
Attorney at Law - SBN 43538
2049 Century Park East, 12th Floor
Los Angeles, California 90067
Telephone: (310) 273-7166

Attorney for Defendant: **FRANCIS LAVARRO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**FRANCIS LAVARRO**,<br>Defendant. | CR. S-02-0121 MCE<br><br>**STIPULATION AND ORDER THEREON** |

It is hereby stipulated between counsel for the government and the defendant that the motions hearing scheduled for April 19, 2005 may be continued to May 24, 2005 at 8:30 a.m., and that time until that date be excluded pursuant to the provisions of Local Code T-4 based defense counsel's need to prepare. This continuance is necessary to allow the defendant to carry out the terms of his agreement with the government. Counsel for the government has authorized the execution of this stipulation.

///
///
///
///
///
///

1  This stipulation was electronically filed by Steven D. Bauer as courtesy to Mr. Marks.

3  Dated: April 15, 2005                                      Dated: April 15, 2005

   / s /                                                      / s /
4  **STEVEN D. BAUER**                                        **DANIEL S. LINHARDT**
   Attorney for Defendant                                     Assistant United States Attorney

   For Good Cause Appearing

   **IT IS SO ORDERED**

   Dated: April 18, 2005.

   _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE