1 DONALD B. MARKS, SBN 43538
MARKS & BROOKLIER
2 10100 Santa Monica Blvd.
Suite 800
3 Los Angeles, CA 90067
Telephone: (310) 772-2287
4 Facsimile: (310) 772-2286

5 Attorney for Defendant
FRANCIS R. LAVARRO
6

7

8

9                      UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )    CASE NO. S-02-0121 MCE
                                  )
13                  Plaintiff,    )    STIPULATION AND ORDER
                                  )    THEREON
14      v.                        )
                                  )
15 FRANCIS R. LAVARRO             )
                                  )    Current Hearing Date:
16                  Defendant.    )
                                  )    Date:     May 24, 2005
17                                )    Time:     8:30 a.m.
                                  )
18 _____ )    Hon. Morrison C. England, Jr.

19

20      It is hereby stipulated between counsel for the government and

21 the defendant that the motions hearing scheduled for May 24, 2005

22 may be continued to June 14, 2005 at 8:30 a.m., and that time until

23 that date be excluded pursuant to the provisions of Local Code T-4

24 based upon defense counsel's need to prepare.  This continuance is

25 necessary to allow the defendant to continue to carry out the terms

26 of his agreement with the government.  Counsel for the government,

27 ///

28 ///

1  Daniel S. Linhardt, has authorized the execution of this

2  stipulation.

3

4  Dated: May 19, 2005

5                                          Respectfully submitted,

6                                          MARKS & BROOKLIER

7

8                                          /s/ Donald B. Marks
                                           DONALD B. MARKS
9                                          Attorney for Defendant
                                           FRANCIS R. LAVARRO
10

11  Dated: May 19, 2005

12                                         UNITED STATES ATTORNEY

13

14                                         /s/ Daniel S. Linhardt
                                           DANIEL S. LINHARDT
15                                         Assistant U.S. Attorney

16  For Good Cause Appearing

17  **IT IS SO ORDERED**

18  Dated: May 24, 2005

19

20

21  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

- 2 -