```
 1  DONALD B. MARKS, SBN 43538
    MARKS & BROOKLIER
 2  10100 Santa Monica Blvd.
    Suite 300
 3  Los Angeles, CA 90067
    Telephone: (310) 772-2287
 4  Facsimile: (310) 772-2286

 5  Attorney for Defendant
    FRANCIS R. LAVARRO
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  )   CASE NO. CR. S-02-0121 MCE
                               )
12            Plaintiff,       )   AMENDED STIPULATION AND ORDER
                               )   THEREON
13       v.                    )
                               )
14  FRANCIS R. LAVARRO,        )
                               )   Current Hearing Date:
15            Defendant.       )
                               )   Date:   June 14, 2005
16                             )   Time:   8:30 a.m.
                               )
17  _____)   Hon. Morrison C. England, Jr.
```

18      It is hereby stipulated between counsel for the government and
19 the defendant that the motions hearing scheduled for June 14, 2005
20 may be continued to July 26, 2005 at 8:30 a.m., and that time until
21 that date be excluded pursuant to the provisions of Local Code T-4
22 based upon defense counsel's need to prepare.  This continuance is
23 necessary to allow the defendant to continue to carry out the terms
24 of his agreement with the government for disposition of this matter
25 ///
26 ///
27 ///
28 ///

on July 26, 2005. Counsel for the government, Daniel S. Linhardt, has authorized the execution of this stipulation.

Dated: June 9, 2005

            Respectfully submitted,

            MARKS & BROOKLIER

            /s/ Donald B. Marks
            DONALD B. MARKS
            Attorney for Defendant
            FRANCIS R. LAVARRO

Dated: June 9, 2005

            UNITED STATES ATTORNEY

            /s/ Daniel S. Linhardt

            DANIEL S. LINHARDT
            Assistant U.S. Attorney

For Good Cause Appearing

**IT IS SO ORDERED**

Dated: June 9, 2005

            MORRISON C. ENGLAND, JR.
            UNITED STATES DISTRICT JUDGE