```
 1  DONALD B. MARKS, SBN 43538
    MARKS & BROOKLIER
 2  10100 Santa Monica Blvd.
    Suite 300
 3  Los Angeles, CA 90067
    Telephone: (310) 772-2287
 4  Facsimile: (310) 772-2286

 5  Attorney for Defendant
    FRANCIS R. LAVARRO
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   CASE NO. CR. S-02-0121 MCE
                                )
12             Plaintiff,       )   STIPULATION AND ORDER
                                )   THEREON
13       v.                     )
                                )
14  FRANCIS R. LAVARRO,         )
                                )
15             Defendant.       )
                                )   Date:   October 4, 2005
16                              )   Time:   8:30 a.m.
                                )
17  _____)   Hon. Morrison C. England, Jr.

18

19       It is hereby stipulated between counsel for the government and

20  the defendant that the sentencing hearing scheduled for October 4,

21  2005 may be continued to October 18, 2005 at 8:30 a.m., and that

22  time until that date be excluded pursuant to the provisions of

23  Local Code T-4 based upon defense counsel's need to prepare.

24  ///

25  ///

26  ///

27  ///

28  ///
```

1  Counsel for the government, Daniel S. Linhardt, has authorized the
2  execution of this stipulation.
3  Dated: August     , 2005
4                                      Respectfully submitted,
5                                      MARKS & BROOKLIER
6
7                                      _____
8                                      DONALD B. MARKS
   	                                  Attorney for Defendant
9                                      FRANCIS R. LAVARRO
10 Dated: August     , 2005
11                                     UNITED STATES ATTORNEY
12
13                                     _____
14                                     DANIEL S. LINHARDT
                                       Assistant U.S. Attorney
15 For Good Cause Appearing
16 **IT IS SO ORDERED**
17 Dated: August 30, 2005
18
19
20                                     _____
                                       MORRISON C. ENGLAND, JR
21                                     UNITED STATES DISTRICT JUDGE

- 2 -