```
 1  DONALD B. MARKS, SBN 43538
    MARKS & BROOKLIER
 2  10100 Santa Monica Blvd.
    Suite 300
 3  Los Angeles, CA 90067
    Telephone: (310) 772-2287
 4  Facsimile: (310) 772-2286

 5  Attorney for Defendant
    FRANCIS R. LAVARRO
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CASE NO. S-02-0121 MCE
                                )
12              Plaintiff,      )   STIPULATION AND ORDER
                                )   THEREON
13       v.                     )
                                )
14  FRANCIS R. LAVARRO,         )
                                )
15              Defendant.      )
                                )   Date:  November 1, 2005
16                              )   Time:  10:00 a.m.
                                )
17  _____)   Hon. Morrison C. England, Jr.
18
```

19      It is hereby stipulated between counsel for the government and
20 the defendant that the sentencing hearing scheduled for November 1,
21 2005 may be continued to November 29, 2005 at 10:00 a.m.
22     The reason for this requested continuance of the sentencing is
23 Donald B. Marks, attorney for defendant Francis Lavarro, will be
24 engaged in trial in a criminal matter entitled, People v. Nelson C.
25 Nunes, Case No. FWV032508 in the San Bernardino County Superior
26 Court, Rancho Cucamonga, Department R-4.  Counsel for the
27 ///
28 ///

government, Daniel S. Linhardt, has authorized the execution of this stipulation.

Dated: October      , 2005

                                         Respectfully submitted,

                                         MARKS & BROOKLIER

                                         _____
                                         DONALD B. MARKS
                                         Attorney for Defendant
                                         FRANCIS R. LAVARRO

Dated: October      , 2005

                                         UNITED STATES ATTORNEY

                                         _____
                                         DANIEL S. LINHARDT
                                         Assistant U.S. Attorney

For Good Cause Appearing

**IT IS SO ORDERED**

Dated: November 3, 2005

                                         _____
                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE