PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Francis Edward LAVARRO |
| **Docket Number:** | 2:02CR00121-01 |
| **Offender Address:** | Los Angeles, California |
| **Judicial Officer:** | Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 11/29/2005 |
| **Original Offense:** | 18 USC 4 - Misprision of a Felony<br>(CLASS E FELONY) |
| **Original Sentence:** | 48 months probation; $100 special assessment; $195,000 restitution. |
| **Special Conditions:** | Warrantless search; Financial disclosure; Not incur new credit charges; Reside and participate in residential community corrections center for a period of 364 days; Collection of DNA. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 11/29/2005 |
| **Assistant U.S. Attorney:** | To be determined       **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Donald B. Marks       **Telephone:** (310) 772-2287 |

**Other Court Action:**

| | |
|---|---|
| <u>**12/13/2006:**</u> | Petition to Modify Conditions of Probation filed to request participation in a program for home detention with electronic monitoring for a period of 156 days. Modification was approved by the Court. |

RE:   Francis Edward LAVARRO
      Docket Number:   2:02CR00121-01
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:**  Mr. Lavarro has been supervised in the Central District of California since his probation began.  He has been in full compliance with all of his conditions of supervision and has made payments towards restitution to the best of his ability.  Computer asset searches have uncovered no unreported assets.  From March 10 to June 15, 2009, Mr. Lavarro was unemployed as a result of being laid off by his former employer.  On June 15, 2009, he obtained full time employment as a driver for the Society of Saint Vincent de Paul and is earning $10.80 per hour.  Due to the fact that Mr. Lavarro recently obtained new employment and continues to struggle with debt incurred during his period of unemployment, a new payment schedule has been established at $25.00 per month.  The current restitution balance is $190,086.00.

**United States Probation Officer Plan/Justification:**  According to the supervising probation officer, Mr. Lavarro has satisfied all special conditions of supervision with the exception of payment of restitution in full.  We join in the recommendation of the supervising probation officer and recommend supervision be allowed to expire as scheduled on November 28, 2009.  The United States Attorney Office's Financial Litigation Unit will be notified, and a copy of the judgment and commitment order will be provided so they may pursue collection as permitted by statute.

RE:   **Francis Edward LAVARRO**
      **Docket Number:   2:02CR00121-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**


Respectfully submitted,

/s/Lori L. Koehnen

**LORI L. KOEHNEN**
**Senior United States Probation Officer**
Telephone:  (916) 930-4318


**DATED:**   July 2, 2009
             Sacramento, California
             LLK/cp


**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(XX)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )    Submit a Request for Modifying the Conditions or Term of Supervision.

( )    Submit a Request for Warrant or Summons.

( )    Other:


 **Dated: July 14, 2009**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

**RE:**   **Francis Edward LAVARRO**
         **Docket Number:   2:02CR00121-01**
         <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>


cc:   United States Probation
      To be determined, Assistant United States Attorney
      Donald B. Marks, Defense Counsel